### FRANKLIN BANK vs. NOLTE & AL.

APPEAL from the court of the first district.

If a creditor sues an insolvent debtor, who has not put him on his bilan, the case will be cumulated with the proceedings of the other creditors.

PORTER, J., delivered the opinion of the court. The defendants have lately become insolvent, and have made a cession of their goods; syndics have been appointed, and the *concurso* is now pending.

They are sued on the ground that the plaintiffs were not put on the bilan, and are not bound by the proceedings.

The judge *a quo* decided that, as the suit of the defendants against their creditors was still pending, this cause should be cumulated with the proceedings in that case.

We think he decided correctly: the opinion of this court, to the same effect, was

pronounced a few days since in the case of *Taylor* vs. *Hollander. Ante,* 535.

FRANKLIN
BANK
*vs.*
NOLTE & AL.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*M·Caleb* for the plaintiffs, *Eustis* for the defendants.